*Messrs. John E. Tarrant, John W. Davis,* and *Wm. Marshall Bullitt* for petitioner. *Messrs. Harry H. Peterson, P. O. Sathre, William Lemke, Edwin A. Krauthoff, David A. Sachs, Jr., Herbert C. Lust,* and *Frank Rives* for respondent.

No. 574. DOLEMAN, ADMINISTRATOR, *v.* LEVINE. March 4, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Messrs. James C. Waters, Jr.,* and *Nathan A. Dobbins* for petitioner. *Messrs. Wilson L. Townsend, Edward S. Brashears,* and *Albert F. Beasley* for respondent.

Nos. 659 and 660. MOTLOW *v.* STATE EX REL. KOELN. March 4, 1935. Petition for writs of certiorari to the Supreme Court of Missouri granted. *Messrs. Patrick H. Cullen* and *Clem F. Storckman* for petitioner. *Messrs. Frank H. Haskins, Harry S. Rooks, James T. Blair,* and *Oscar Habenicht* for respondent.

No. 661. AWOTIN *v.* ATLAS EXCHANGE NATIONAL BANK OF CHICAGO. March 4, 1935. Petition for writ of certiorari to the Appellate Court, First Division, of Illinois, granted. *Messrs. Samuel A. Ettelson* and *Edward C. Higgins* for petitioner. *Mr. Daniel M. Healy* for respondent.

No. 662. KIMEN *v.* ATLAS EXCHANGE NATIONAL BANK OF CHICAGO. March 4, 1935. Petition for writ of certiorari to the Appellate Court, First Division, of Illinois, granted. *Messrs. Samuel A. Ettelson* and *Edward C. Higgins* for petitioner. *Mr. Daniel M. Healy* for respondent.